[No. 34450-5-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES JUSTIN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-02076-1, Wm. Thomas McPhee, J., entered January 26, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 34458-1-II.   Division Two.   March 6, 2007.]

SUSAN K. BLACK ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-2-02950-2, Jay B. Roof, J., entered February 3, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 34720-2-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO ELIAS SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02848-5, Kathryn J. Nelson, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34737-7-II.   Division Two.   March 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SANTORIO LORENZO BONDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01897-8, Ronald E. Culpepper, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.